UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY THOMAS MCCARIGIE,

    Plaintiff,

v.                                     Case No.  3:18cv1883-MCR-CJK

RAYME EDLER, et al.,

    Defendants.

_____/

### REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court on referral from the clerk. On November 15, 2018, the court ordered plaintiff to file an amended civil rights complaint (or notice of voluntary dismissal) within 30 days. (Doc. 7). Plaintiff was warned that failure to timely comply with the order would result in dismissal of this case. (*Id*.). A copy of the order was mailed to plaintiff at his address of record – the Escambia County Detention Facility. The mail was returned on December 26, 2018, as undeliverable, marked: "Release[d] 11-8-2018" and "Return to Sender; Attempted – Not Known; Unable to Forward". (Doc. 8). To date, plaintiff has not complied with the November 15, 2018, Order, and has not notified the court of his new address.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with a court order and failure to keep the court informed of his current address.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 9th day of January, 2019.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.